# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHARLES MASTERS, Reg #11665-031                                              PETITIONER

v.                          NO. 2:11CV00238 JLH-HDY

T.C. OUTLAW, WARDEN,
FCI FORREST CITY, ARKANSAS                                                   RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered dismissing the case without prejudice.

IT IS SO ORDERED this 28th day of March, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE