# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHARLES MASTERS, Reg #11665-031                                                          PETITIONER

v.                                    NO. 2:11CV00238 JLH-HDY

T.C. OUTLAW, WARDEN,
FCI FORREST CITY, ARKANSAS                                                               RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 28th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE