**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

CHARLES MASTERS, Reg #11665-031 PETITIONER

v. NO. 2:11CV00238 JLH-HDY

T.C. OUTLAW, WARDEN,
FCI FORREST CITY, ARKANSAS RESPONDENT

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 28th day of March, 2012.

J. Leon Holmes
UNITED STATES DISTRICT JUDGE